THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Thompson, Appellant.
 
 
 

Appeal From Spartanburg County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2009-UP-115
Submitted March 2, 2009  Filed March 4,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Thomas
 Thompson pled guilty pursuant to North Carolina v. Alford, 400 U.S. 25
 (1970), to two counts of burglary second non-violent, grand larceny, and
 possession of tools of crime.  He appeals, arguing the plea court erred in accepting his plea
 without explaining the concept of an Alford plea.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]  
APPEAL
 DISMISSED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.